# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:16cv12

| | |
|---|---|
| EDWARD D. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court are the Motion for Attorney Fees [# 21] and Motion to Withdraw Motion for Attorney Fees [# 22]. For good cause shown, the Court **GRANTS** the motion [# 22]. The Court **DENIES without prejudice** the Motion for Attorney Fees [# 21].

Signed: May 31, 2017

Dennis L. Howell
United States Magistrate Judge

-1-